# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KNOB HILL SOUTHERN BAPTIST CHURCH,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>　　Defendant. | Case No: CIV-26-59-SLP |

## O R D E R

Before the Court is Defendant's Motion to Appear Pro Hac Vice [Doc. No. 14]. On February 17, 2026, the Court entered an Order directing Defendant's counsel to comply with Local Civil Rule 83.3. *See* Order [Doc. No. 13]. Mr. Buechler, counsel for Defendant, has not associated with local counsel. Subsection (a) of LCvR 83.3 states:

> When representing a party in this court, **any attorney who is not a resident of, and does not maintain an office in, Oklahoma shall show association with an attorney who is personally appearing in the action and who is a resident of Oklahoma and maintains a law office within the State of Oklahoma**, and who has been duly and regularly admitted to practice in this court.

LCvR 83.3(a) (emphasis added). Furthermore, Mr. Buechler has not alternatively requested relief from Local Civil Rule 83.3 pursuant to LCvR 83.3(c). Accordingly, the Court STRIKES Defendant's Motion to Appear Pro Hac Vice [Doc. No. 14] as procedurally improper.

Defendant's Motion also notes that "Jason Lowe will tender the amount of $100.00 pro hac vice fee in compliance with Local Rule AT-11(f)(2)." Mot. at 3. "AT-11(f)(2)" is not a Local Rule of this Court. Rather, any counsel requesting admission *pro hac vice* are required to submit the admission fee contemporaneously with their request. *See* LCvR 83.2(g) ("Attorneys requesting such admission are required to attached to their motion a completed Request for Admission Pro Hac Vice form provided by the court clerk's office **along with the required fee**.") (emphasis added). While counsel for Defendant "certif[ies] their familiarity with the local civil court rules of this Court," *see* Mot. [Doc. No. 14] at 3, counsel failed to comply with two such Local Rules with the filing of the Motion.

Counsel for Defendant is strongly admonished that they must comply with the Court's Local Civil Rules in future filings.

IT IS THEREFORE ORDERED that Defendant's Motion to Appear Pro Hac Vice [Doc. No. 14] is STRICKEN.

IT IS SO ORDERED this 24th day of February, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE